UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES NEWMAN HOOD,** | ) | Case No. EDCV 99-427-AHS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **JOHN RATELLE, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated:  September 28, 2009

ALICEMARIE H. STOTLER
_____
Alicemarie H. Stotler
United States District Judge